IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

FILED

DEC 21 2016

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 12-27-GF-SEH |
| Plaintiff, | ORDER |
| vs. | |
| TRACER KAUGHN CHOVANAK, | |
| Defendant. | |

On December 5, 2016, Defendant filed a document with the clerk of the court denominated as a "Motion for Reconsideration Pursuant to 18 U.S.C. § 3582(c)(2)."[1] Defendant purports to act *pro se.*

On June 8, 2016, Jason T. Holden, Esq. filed his Notice of Appearance as counsel for Defendant.[2] This Court neither accepts nor considers *ex parte* communications in any form. All matters directed to the Court are to be filed with the Clerk by counsel admitted to practice before this Court and served upon all parties.

---

[1] Doc. 178.

[2] Doc. 158.

-1-

On August 1, 2016, counsel for Defendant, Jason T. Holden, Esq., filed a Notice of Appeal "from the Order entered on August 1, 2016, in which such Order denied the relief of Mr. Chovanak's Motion pursuant to 18 U.S.C. § 3582(C)(2) and the U.S. Sentencing Commission's 782 Amendment."[3]

The reconsideration Defendant seeks is of the Court's Order[4] which is the subject of Defendant's pending appeal with the Ninth Circuit Court of Appeals.

Notwithstanding that the Court will not accept filings from persons purporting to act *pro se* when they have appointed counsel, the Court is without jurisdiction to act on the motion while the matter is on appeal.

DATED this 21st day of December, 2016.

SAM E. HADDON
United States District Judge

---

[3] Doc. 165 at 1.

[4] Doc. 162.